Rev: 1/2017

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.     Criminal No.     18-146

ISABELLE GARCIA

Category     B

**SEALED**

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on ___8/9/19___ from ___Judge John D. Bates___ to ___Calendar Committee___ by direction of the Calendar Committee.

(Defendant is a Fugitive)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:     Judge John D. Bates     & Courtroom Deputy
        Calendar Committee

U.S. Attorney's Office – Judiciary Square Building, Room 5133
Statistical Clerk