UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 18-cr-00146 |
| | : | |
| v. | : | **FILED UNDER SEAL** |
| | : | |
| ISABELLE GARCIA, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## MOTION TO UNSEAL

The United States of America, through its attorney, the United States Attorney for the

District of Columbia, respectfully moves to unseal all pleadings and entries on the public docket.

Respectfully submitted,

Timothy J. Shea
United States Attorney

By:   /s/ Anthony Saler
Anthony Saler
Assistant United States Attorney
D.C. Bar # 448254
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, NW, Room 5840
Washington, D.C. 20530
(202) 252-7445
Anthony.saler@usdoj.gov