UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 18-cr-00146 |
| | : | |
| v. | : | **FILED UNDER SEAL** |
| | : | |
| ISABELLE GARCIA, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The United States has filed a motion to unseal all pleadings and entries on the public docket. Upon consideration of the Government's motion and the entire record, it is **ORDERED** that the Government's motion is **GRANTED**;

The Clerk of the Court shall unseal all pleadings and entries on the public docket.

Date:

                                                    John D. Bates
                                                    UNITED STATES DISTRICT JUDGE