UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIBA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No.: 18-cr-000146 |
| ISABELLE GARCIA : | |
| : | |
| DEFENDANT : | |
| : | |

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Joseph Cooney, who will be replacing Anthony Saler as the lead Assistant United States Attorney on the case.

Respectfully submitted,

DATED: March 16, 2020

TIMOTHY J. SHEA
United States Attorney
D.C. Bar 437437

By: /s/ J.P. Cooney
J.P. Cooney
D.C. Bar No. 494026
Assistant United States Attorney
For the District of Columbia
555 4th Street, NW
Washington, DC 20530
Chief, Fraud and Public Corruption Section
(202) 252-7281
Joseph.cooney@usdoj.gov