## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 18-146** |
| v. | : | |
| | : | |
| | : | |
| **ISABELLE GARCIA,** | : | |
| **Defendant.** | : | |

### GOVERNMENT'S MOTION FOR PROTECTIVE ORDER

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court, pursuant to Fed. R. Crim. P. 16(d)(1), for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The Government's proposed order will expedite the flow of discovery material between the parties and adequately protect personal identity information entitled to be kept confidential. The Government sent the proposed protective order to counsel for the defendant shortly after the defendant's arraignment on December 7, 2020, and again sought the defendant's position on the proposed order on December 14, 2020. Defense counsel has yet not responded.

The Government respectfully requests that the Court grant the motion and enter the attached Order.

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY

By:      /s/
Peter C. Lallas
N.Y. Bar No. 4290623
Assistant United States Attorney
555 4th Street NW
Washington, D.C. 20530
(202) 252-6879
Peter.Lallas@usdoj.gov