UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>        v.<br><br>**ISABELLE GARCIA,**<br><br>        **Defendant.** | **Criminal No.: 18-cr-146** |

## NOTICE OF FILING DISCOVERY LETTERS

The United States respectfully notes the filing of the attached discovery letters.

Respectfully submitted,

MICHAEL SHERWIN
ACTING UNITED STATES ATTORNEY

By:   /s/
Peter C. Lallas
Assistant United States Attorney
New York Bar No. 4290623
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-6879
Peter.Lallas@usdoj.gov