

U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

January 21, 2021

<u>Via Email</u>

Ubong Akpan, Esq.
Assistant Federal Public Defender
625 Indiana Avenue, NW
Washington, DC 20004

     Re:    *United States v. Isabelle Garcia, 18-cr-00146*

Dear Counsel:

     In compliance with our discovery obligations under Rule 16 and the Federal Rules of Criminal Procedure, please find enclosed the government's second discovery production in this case. This production contains FBI 302's associated with Isabelle Garcia, as listed below:

| **Description** | **Bates Range** |
|---|---|
| FBI- 302's | FBI-IGARCIA-000001 to FBI-IGARCIA-000084 |

     These materials are subject to the Protective Order issued by the Court on December 24, 2020.

     The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

     The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. *See* Fed. R. Crim. P. 26.2. In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.3, the government hereby demands written notice of the defendant's intention, if any, to claim a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses upon whom the defendant intends to rely in establishing the defense identified in any such notice.

If you have any questions, please do not hesitate to contact me.

Sincerely,

MICHAEL R. SHERWIN
Acting United States Attorney

By:   /s/   Peter Lallas
Peter Lallas
Assistant United States Attorney

*Enclosures*

2