IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CR. NO. 18-CR-146 (JDB) |
| ISABELLE GARCIA | ) | |
| | ) | |

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Isabelle Garcia, through undersigned counsel, respectfully moves this Honorable Court to continue the status hearing scheduled for June 3, 2021 for 30 days. The parties are still involved in plea negotiations. The defense agrees to the exclusion of time under the Speedy Trial Act until the next status hearing as the ends of justice served by the continuance outweigh the public and the defendant's interests in a speedy trial. The government does not oppose this motion.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I, Ubong E. Akpan, certify that on this 26th day of May 2021, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

/s/
Ubong E. Akpan
Assistant Federal Public Defender