# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 18-CR-146 (JDB) |
| **ISABELLE GARCIA** | ) | |
| | ) | |

## ORDER

Upon consideration of the Unopposed Motion to continue the status hearing of June 3, 2021, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the parties shall contact the Deputy Clerk to discuss proposed dates around June 28, 2021; and it is

**FURTHER ORDERED** that the time under the Speedy Trial Act is excluded until the next status hearing as the ends of justice served by the continuance outweigh the public and the Defendant's interests in a speedy trial.

**SO ORDERED.**


DATE: May __, 2021

_____
JUDGE JOHN BATES
UNITED STATES DISTRICT COURT