CO 526 Rev. 5/2018

**FILED**
JUL - 2 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 18-146 (JDB) |
| ) | |
| ISABELLE GARCIA ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives her right to trial by jury.

_____
Defendant

_____
Ubong E. Akpan
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

**John D. Bates**
Digitally signed by John D. Bates
Date: 2021.07.02 10:59:05 -04'00'

Date: 7/2/2021

John D. Bates
United States District Judge