## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL - 2 2021

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 18-cr-146 |
| | : | |
| ISABELLE GARCIA, | : | |
| | : | |
| Defendant. | : | |

### CONSENT ORDER OF FORFEITURE

**WHEREAS**, a written plea agreement was filed with this Court and signed by defendant Isabelle Garcia, and her counsel, Ubong Akpan, Esquire, in which defendant GARCIA agreed to plead guilty to Count One of the Indictment charging the offense of wire fraud, in violation of 18 U.S.C. § 1343, and defendant has pled guilty to that offense;

**WHEREAS**, the Indictment alleged the forfeiture of property, that is, forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One, which property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c);

**WHEREAS**, the Indictment also alleged that the United States would seek a forfeiture money judgment against the defendant and in favor of the United States in the amount of at least $300,422.06, which property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

**WHEREAS**, in her plea agreement, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in the amount of $300,422.06;

**WHEREAS**, pursuant to Rule 32.2(b)(1) and (b)(2) of the Federal Rules of Criminal

1

Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that: (1) any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), (2) that a personal money judgment against the defendant in the amount of $300,422.06 is appropriate, as set forth below;

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, the defendant has admitted that the proceeds she personally obtained have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1.     That the following property is declared forfeited to the United States: pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c) – any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One.

2.     A forfeiture money judgment in the amount of $300,422.06 is entered against the defendant.

3.     The Court finds that the proceeds that defendant personally obtained as a result of the offenses to which she has pled guilty have been dissipated by her and cannot be located upon the exercises of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

4.     The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

5.     That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture is now final as to the defendant, and shall be made part of the sentence and included in the judgment.

6.     The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7.     The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this __2__ day of ____July____, 2021.

John D. Bates
Digitally signed by John D. Bates
Date: 2021.07.02 11:08:48 -04'00'

_____

JOHN D. BATES
UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

CHANNING PHILLIPS
ACTING UNITED STATES ATTORNEY

By:

Peter C. Lallas
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C.  20530
(202) 252-6879
Peter.Lallas@usdoj.gov

Isabelle Garcia
Defendant

Ubong Akpan, Esquire
Counsel for Defendant

4