IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 18-CR-146 (JDB) |
| **ISABELLE GARCIA** | ) | |
| | ) | |

## UNOPPOSED MOTION TO CONTINUE
## SENTENCING HEARING AND DEADLINES

Isabelle Garcia, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing scheduled for September 29, 2021 for approximately two weeks. Communication with clients detained at the D.C. Department of Corrections has been limited recently. As a result, undersigned counsel needs additional time to prepare Ms. Garcia for sentencing. The defense also requests the sentencing memoranda deadlines be continued for two weeks. The government does not oppose this motion.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Ubong E. Akpan
Assistant Federal Public Defender
625 Indiana Ave., N.W.
Washington, D.C.  20004
(202) 208-7500

**CERTIFICATE OF SERVICE**

      I, Ubong E. Akpan, certify that on this 19th day of September 2021, I caused a copy of the foregoing Unopposed Motion to be filed through the Electronic Case Filing ("ECF") system and served a copy on counsel for the government through the ECF.

                                                                                /s/
                                                 Ubong E. Akpan
                                                 Assistant Federal Public Defender