IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| v. | ) | CR. NO. 18-CR-146 (JDB) |
| **ISABELLE GARCIA** | ) | |
| | ) | |

**ORDER**

Upon consideration of the Unopposed Motion to Continue the Sentencing Hearing and Deadlines, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the parties shall contact the Deputy Clerk to discuss proposed dates around October 13, 2021 for the sentencing hearing; and it is

**FURTHER ORDERED** that the deadline to file Sentencing Memoranda by the parties is continued for two weeks; and it is

**FURTHER ORDERED** that the time under the Speedy Trial Act is excluded until the next hearing as the ends of justice served by the continuance outweigh the public and the Defendant's interests in a speedy trial.

**SO ORDERED.**

DATE: September __, 2021

_____
JUDGE JOHN BATES
UNITED STATES DISTRICT COURT