UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Criminal No.  18-cr-146 |
| ISABELLE GARCIA, : | |
| : | |
| Defendant. : | |

NOTICE OF OMITTED EXHIBIT

On October 8, 2021, the government filed its Memorandum in Aid of Sentencing.  ECF No. 29.  That pleading (at 6) references an Exhibit 1 that the government filed to append to the filing.  The government now files that exhibit here.

CHANNING D. PHILLIPS
Acting United States Attorney

By:       /s/          
Peter C. Lallas
New York Bar No. 4290623
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-6879
Peter.Lallas@usdoj.gov