# VICTIM IMPACT STATEMENT

Victim: James Marinucci
The Historic Georgetown Club
USAO Number: 2013R02056
Court Docket Number: 18-CR-00146

Insert the impact of the crime here (or, if a separate victim impact form is attached, please use that form to describe the impact of the crime):

During her years of employment at the George Town Club, Isabelle Garcia not only committed fraud, but almost brought to ruin a historic DC organization. In the wake of her schemes, she wreaked chaos for the members and devoted staff of the George Town Club, causing almost total financial devastation. Employees left their positions and a skeleton board of volunteers was left to clean up her very substantial mess. The fact that the saga continued for years due to Ms. Garcia's continued deception and attempts to avoid apprehension made matters worse for us as a community of members anf volunteers. The George Town Club is housed in a historic former tavern, and it is the members' dues and monies that not only provide a place for locals and visitors to gather, but also provides the funds to keep a building erected in 1700's in working and running condition. Ms. Garcia's actions put in jeopardy a 50-year-old organization and a 300-year-old building. Not only did the volunteers have to work tirelessly to save the club economically but had to also work to restore our community's faith in the organization- a task that still persists due to her dishonestly and deceptive actions. When sentencing Ms. Garcia, I hope you will view the George Town Club as a victim in that light and see us as a community of locals that put their faith in Ms. Garcia for years and a community from which she stole, lied to, fled from and almost brought to ruin.