# EXHIBIT 1

Magali Garcia
675 chemin du brana d'en haut
31840 Aussonne
France

Aussonne September 03 2021,

The Honorable Judge John D. Bates
United States District Court for the District of Columbia  Washington, D.C. 20001

I'm Magali Garcia, one of the two sisters of Isabelle Garcia.
I'm 51 years old, she's six years older. I have a daughter 17 years old. We both live in Aussonne near Toulouse in the South of France.

It's very difficult to summarize Isabelle's life in just a few lines.
Isabelle is a caring and generous person. She never forgets birthdays. She often has little attentions.
She is also a loyal, upright and rigorous person, both personally and professionally.

She doesn't count her hours at work.

Isabelle loves travel and discovery. She likes animals too. She has a little dog expecting her return.

She likes also comics and old things. She's a simple person. She doesn't live in luxury. She doesn't have assets; no own property.

Her family comes first. She has always been present and helpful during the long term illness of our mother. Even after her death. She kept my father company. She had accompanied him to different events (shows, concerts,..) during week-ends, on journeys where our mother and him loved to go. To change his mind. She did all that after her long days of work.

Our father is 84 years old, he is asking for Isabelle everyday. He lives in an institution for the elderly since one year now. He had two consecutive strokes four months after Isabelle arrest in Morocco. He witnessed it. It was a terrible shock.

My greatest prayer is that our father may see Isabelle again and take her in his arms.

May he stay alive waiting for Isabelle return.

Our entire family wishes and expects Isabelle back home as soon as possible.

Thank you for understanding and your compassion.

Sorry for my limited school English,

Sincerely,

Magali Garcia