# EXHIBIT 4

July 19th, 2021

To the Honorable John D. Bates
District Court Judge

Your Honor,

With all the respect that you deserve, I am writing you this letter on behalf of Isabelle Garcia.

My name is ▮▮▮ Gonzalez, I am a 35 years old mother of two children. I am currently incarcerated at CTF where I had the blessing of meeting Isabell around seven month ago when she was assigned to our unit to the cell just across mine.

Since the moment I met her I felt attached to her. She is my Mother's age and I just knew we were going to become good friends because she always showed her as a respectful, caring and loving person. She is such a human woman that I started calling her "Mother". She is always looking out for me. She gives me support when I am sad, and advise me letting me know what she things is good or bad; like a Mother would do. She always keeps to herself. I am sure she is sorry for what she has done and will never repeat it in the future.

I feel she has been through a real hard time when she was arrested and incarcerated for months in Morocco. This time in a Moroccan jail helped make her the nice human person she is. I can tell she appreciates life and miss her family greatly, especially her elderly and sick Father.

I pray, Your Honor, that you have mercy and give her a second opportunity to start all over next to her Father and loved ones.

I thank you, Your Honor, for taking the time to read my letter.

God Bless You,

Jessica Gonzalez
*Jessica Gonzalez.*