# EXHIBIT 5



# CERTIFICATE OF EMPLOYEE APPRECIATION

*This certificate is proudly awarded to*

## ISABELLE GARCIA

*for her hard work, dedication, and support as*
*On-Unit Office Detail Assistant*

_____
Ms. Link
Women's Program Manager
DC Department of Corrections

July 22, 2021

# CERTIFICATE
## OF COMPLETION

This acknowledges that

## ISABELLE GARCIA

has successfully completed the
Negotiation Strategies Seminar
at the D.C. Department of Corrections

SEPTEMBER 24, 2021


DocuSigned by:
Susan Borke
92EE201FAD6A4A0...
Susan Borke, Instructor


DocuSigned by:
Melissa Reinberg
A067B2C9AD444C9...
Melissa Reinberg, Instructor



NEGOTIATION WORKS
Strengthening Connections • Uniting Communities • Transforming Lives

# CTF-E2A
# Inmate Job Description
# On-Unit Detail Assistant

| Isabelle Garcia | 375811 | 9 27 21 |
|---|---|---|
| **Inmate Name** | **DC Number** | **Date** |

The Housing Unit Detail Assistant will perform the duties listed and will maintain them in an efficient manner. They will be responsible for carrying out the duties of this position and any additional tasks given by Ms. Link, Women's Program Manager. This position will be a Grade 2 and chosen residents will be compensated $28 for the 2-3 hours on duty, minimum 3 days a week.

**Examples of Daily Duties:**

- Be ready for work in a timely manner.
- Sign in and out each shift.
- Be able to follow strict orders by Ms. Link.
- Must use and wear Personal Protection Equipment (PPE) to include face mask at all times and/or gloves (when needed).
- Attend all required training for your job.
- Follow all required health and safety standards and report unsafe conditions to Ms. Link and/or the Officer-In-Charge.
- Be able to conduct yourself in a respectful manner.
- Workers will not enter any office without authorization or the staff member being present.
- Put together activity packets (puzzles, coloring sheets, reading materials) for the women's population.
- Assist with putting together therapeutic, holiday and positive based incentive bags
- Assist with arts & crafts projects for the units (i.e. bulletin boards)
- Assist in remodeling, decorating and physical unit enhancements; painting, hanging posters, arranging furniture, etc.
- Reorganizing and organizing Ms. Link's supply closet/office
- Shredding documents (non-client related)
- Cleaning Ms. Link's office: sweep, mop, sanitize and empty the daily trash
- Typing reports, notes and/or documents (Microsoft Word & Excel experience is a Plus)
- May be required to lift and carry supplies / boxes up and down steps
- Maintain a respectful manner to all staff and follow the directives of the Officers
- Perform other associated duties and tasks as assigned by Women's Program Manager.

I have read and understand the above duties. I understand that Failure to perform these duties in a satisfactory manner will be grounds for disciplinary action or removal from the detail position.

| | | |
|---|---|---|
| _Davis_ | 37581 | 2/11/21 |
| **Inmate Signature** | **DC Number** | **Date** |
| T. Link | _[signature]_ | 2/11/21 |
| **Women's Program Manager Print / Signature** | | **Date** |

This inmate's job description has been amended to include additional duties that the above listed has completed and / or completes:

- Reorganized and updates the Women's COVID-19 Reentry Tablet Programs Running Log Spreadsheet (Excel Document)
- Prepares and updates monthly Operations and Resource bulletin boards
- Research the DC Reentry Navigator providing Ms. Link a list of providers to contact as resources for the inmates.
- Keeps a log of daily fitness equipment use and computer lab use
- Created on-unit library catalogs for four (4) different housing units
- Developed a media catalog for two (2) different housing units
- Assisted in Vision and Action Board class taught by Ms. Link
- Other duties requested and not specified

_Women's Program Manager_
_DC Department of Corrections_
**Women's Program Manager Signature**         _[signature]_         9/23/21
                                              **Date**

## CTF-E2A
## On-Unit Detail Assistant
## Rules & Guidelines

Inmate Name: ISABELLE GARCIA

DC Number: 375811

Date: 2-11-21

**As a Housing Unit Detail Assistant, you agree to abide by the following rules and guidelines:**

You:

- ☐ Have been selected for this position and are expected to be a role model for your peers on the unit
- ☐ Will report to work as scheduled each shift and on time, unless an authorized or excused absence (i.e. court, medical)
- ☐ Are required to sign-in and sign-out each shift
- ☐ Will not enter Ms. Link's office without authorization or the staff member being
- ☐ Understand that all information you hear or see is strictly confidential and should not be repeated outside of the office.
- ☐ Must step out of the office when Ms. Link is on the phone or begins a meeting (i.e., video, phone, or in-person)
- ☐ Are required to use and wear Personal Protection Equipment (PPE) to include face mask at all times and/or gloves (when needed)
- ☐ Will attend and complete all required training for your job
- ☐ Understand that at any time you may be randomly pat down / searched by the officer
- ☐ Will conduct yourself in a respectful and professional manner at all times
- ☐ Shall comply with your medication regimen and attend all medical appointments
- ☐ Are required to take your Recreation time and eat lunch (if scheduled during your work shift)
- ☐ Will notify the Officer in Charge (OIC), Ms. Link, Medical, and /or Case Manager if you become ill and / or experience any of the following symptoms immediately to include but not limited to: fever, chills, sweating, coughing, chest pains, sore throat, lost of smell, etc. and will be excused from your shift.

**I have read and understand the above rules and guidelines. I understand that Failure to comply with these rules and guidelines will be grounds for disciplinary action or removal from the detail position.**

Inmate Signature: [signature]

DC Number: 375811

Date: 2-11-2021

Ms. Link
Women's Program Manager
DC Department of Corrections

_____
**Women's Program Manager Print / Signature**

2/11/21

Date

Ms. Link
Women's Program Manager
DC Department of Corrections

PP 4210.2
Attachment A
Inmate Institutional Work Program

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
# DEPARTMENT OF CORRECTIONS



## INMATE WORK DETAIL REFERRAL FORM

DATE: 01262021

I ISABELLE GARCIA  DCDC 375811
hereby request to work a paid detail, if I met the set criteria for such detail. I will remain on that detail until I am released, transferred from this facility or removed at the discretion of the DC Department of Corrections.

INMATE SIGNATURE _____

INMATE DCDC 375811     DATE 01262021

CASE MANAGER  Women's Program Manager

PP 4210.2
Attachment A
Inmate Institutional Work Program

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## DEPARTMENT OF CORRECTIONS



### INMATE WORK DETAIL REFERRAL FORM

DATE: 1-8-21

I ISABELLE GARCIA  DCDC 375811

hereby request to work a paid detail, if I met the set criteria for such detail. I will remain on that detail until I am released, transferred from this facility or removed at the discretion of the DC Department of Corrections.

INMATE SIGNATURE _____

INMATE DCDC 375811   DATE 1-8-21

_____
CASE MANAGER

# CERTIFICATE *of* ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Isabelle Garcia

HAS SUCCESSFULLY COMPLETED THE COURSE

**Skillsoft: Environmental Safety**
Grade 94

OCTOBER 2019

*Barbara Russell, Instructor*
SIGNED, *[Name]*, [Title], DC DOC

**APDS**
American Prison Data Systems