# EXHIBIT 6



September 27, 2021

The Honorable John Bates
United States District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Judge Bates:

I am writing on behalf of Ms. Isabelle Garcia, who comes before your court for sentencing. As you may recall, I am co-founder of Free Minds Book Club & Writing Workshop, a nonprofit introducing individuals at the DC Jail to the transformative power of books and creative writing, mentoring them throughout their incarceration and into reentry so that they might pursue and achieve positive educational and life goals. Since 2002, we have served more than 1,800 incarcerated DC residents.

Within a month after arriving at the Correctional Treatment Facility, Isabelle volunteered to join our Women's Book Club. Unfortunately, the COVID-19 pandemic had already necessitated a full lockdown of both CTF and the DC Jail and we had transitioned to virtual programming accessible via tablets used by inmates. Isabelle engaged immediately, reading all assigned books and consistently submitting weekly writing assignments, book reviews and correspondence.

Free Minds is committed to supporting Isabelle throughout any remaining incarceration. As long as she is at CTF, she will continue to participate in our biweekly Women's Book Club, which returns to an in-person format this week. If she must serve additional time in federal prison, Free Minds will send her letters, new books, discussion questions, writing exercises as well as our bimonthly magazine, *The Free Minds Connect*. When she is released, we will connect her to appropriate women's reentry services that provide assistance with housing and employment. She will be eligible to join our partners at Women Involved in Reentry Efforts (known as The W.I.R.E.), a network of formerly incarcerated women who have successfully reintegrated back into the community after release and join together to provide peer support to other women returning from incarceration.

Isabelle is an intelligent, compassionate, and motivated individual. All of us at Free Minds look forward to welcoming her home to the community.

Judge Bates, thank you so much for your thoughtful consideration.

Sincerely

Kelli Taylor
Co-founder, Free Minds Book Club & Writing Workshop

*1816 12th Street NW / Washington, DC 20009 / 202-758-0829 /
www.freemindsbookclub.org*

 

by Isabelle Garcia

Never push your mom away
God knows how much time you still have with her
Pull your Mom every day in your arms
And squeeze hard
Do you feel it?
This warm feeling of security and love

Don't push your Mom away
God knows how much time you still have left with her

# The Strong One

By Isabelle Garcia

I am the strong one, I am supposed to be
I am the oldest, I am here for my sisters always
They are sick I am here
They are in trouble I am here
They are sad I am here
They need my help, I am here always
Because I am the strong one
They count on me