# EXHIBIT 7

Aussonne, France, 07/03/2021

To whom it may concern,

I the undersigned, Magali GARCIA, one of the two younger sisters of Isabelle GARCIA certify that my father, my doughter and I have seen the arrestation of Isabelle in october 2019 in Marrakech Airport. We were very shocked.

Today, almost a year and a half after, I would like that Isabelle return home to see our father, at least a last time. He is 84 years old, he was and still is devastated by her sudden arrest. He has lost a lot of weight.
He had two strokes in February and March 2020. He is now hemiplegic. He became dependant.
He regularly asks for Isabelle, his first child. He can not talk to her anymore since her extradition in USA in december 2020 because of the time difference. He's living in a specialized retirement home.
He's isolated because of the COVID-19 end feels very lonely,
I'm very sad for him. He does not desserve it.

No matter what Isabelle made, I'm sure she didn't injure or kill someone.
I think she already dearly paid in spending more than one year in a moroccan jail. The detention conditions have been physically and psychologically very difficult.

I don't know how long our father will be able to live. I just pray that he stays alive waiting for Isabelle return. I would like him to take her in his arms. I would like her to take care of him like she did for our mother who died in 2018 after a long disease.

Thank you for your understanding and compassion.


Magali GARCIA