# EXHIBIT 9

**TO BE FILED UNDER SEAL**