# EXHIBIT 11

To the Honorable John D. Bates
United States District Judge

October 5th, 2021

Your Honor,

My actions brought me here in jail. This has been one of the hardest experiences of my life but being isolated has given me the opportunity to think about what I have done.

It has been 23 months of learning, pain, anguish, analysing what is good and what is not, praying and allowing myself to try and live in peace.

I have had time to think about my actions.

I understand my wrongdoings and I know without hesitation that I will never make the same mistake again.

I am upset and angry at myself for the choices I have made. I feel ashamed and feel I have failed my loved ones, especially my elderly father who watched me being taken away on October 18th 2019.

All this time has given me the opportunity to reflect on my life, my choices, the people and things I took for granted.

1/2

I HAVE DEEP REMORSE FOR THE HARM I HAVE CAUSED TO THE GEORGETOWN CLUB MEMBERS AND TO MY LOVED ONES.

TODAY, MORE THAN EVER, IT IS CLEAR THAT MY ACTIONS WERE WRONG.

TODAY, I ASK FOR FORGIVENESS AND FOR YOUR HONOR'S MERCY; AND FOR A SECOND CHANCE TO START OVER.

THANK YOU FOR YOUR CONSIDERATION AND READING MY LETTER.

SINCERELY,

ISABELLE GARCIA

*[signature]*